# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160987(41)

*In re* SCHWARTZ, Minors.

SC: 160987
COA: 349666
Muskegon CC Family Division:
17-004321-NA

_____/

On order of the Court, the motion for reconsideration of this Court's April 21, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 28, 2020



a0825

Clerk